IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

ANNE D. McDORMAN
15251 South 50th Street
Phoenix, Arizona 85044

    Plaintiff,

vs.

MICHAEL PALENCHAR, MPT
547 B Riverside Drive
Salisbury, MD 21801

    Serve On:

    and

PALENCHAR PHYSICAL THERAPY
& PERFORMANCE CENTER, LLC
1504F Pemberton Drive
Salisbury, MD 21801

    Serve On:
    Resident Agent
    Jean S. Lewis
    P.O. Box 75
    209 East Main Street
    Salisbury, Maryland 21803

    Defendants.

Case Number:

## COMPLAINT

Plaintiff Anne D. McDorman, by and through her attorneys, David A. Harak and The Harak Law Firm, LLC, sues the above named Defendants and in support thereof states the following:

Complaint - 1

THE HARAK LAW FIRM, LLC
38 SOUTH PACA STREET, SUITE 116
BALTIMORE, MARYLAND 21201
TEL: (410) 347-1272 / FAX: (410) 347-1274

## PARTIES

1. Plaintiff Anne D. McDorman is an adult citizen of the State of Arizona residing at 15251 South 50th Street, Phoenix, Arizona 85044.

2. Defendant Palenchar Physical Therapy & Performance Center, LLC is a limited liability company that provides health care services, organized and existing pursuant to the laws of the State of Maryland with its principal place of business at 547B Riverside Drive, Salisbury, Maryland 21801.

3. That upon information and belief, during the time in which each provided medical care to the Plaintiff, Defendant Michael Palenchar, MPT and others who provided medical care, treatment and iontophoresis to the Plaintiff were acting agents servants, and/or employees of Defendant Palenchar Physical Therapy & Performance Center, LLC and/or Defendant Michael Palenchar, MPT acting within the scope of their individual and respective employment and/or agency and to the direct benefit of Defendant Palenchar Physical Therapy & Performance Center, LLC and/or Defendant Michael Palenchar, MPT.

## JURISDICTION OF CLAIM AND VENUE

4. This Honorable Court has jurisdiction pursuant to 28 U.S.C. § 1332 based upon complete diversity of citizenship of the parties to the causes of action which are for an amount that exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of pre-judgement and post-judgment interest, costs, and attorney fees.

**Complaint** - 2

**THE HARAK LAW FIRM, LLC**
38 SOUTH PACA STREET, SUITE 116
BALTIMORE, MARYLAND 21201
TEL: (410) 347-1272 / FAX: (410) 347-1274

5. Venue lies in the United States District Court for the District of Maryland Northern Division pursuant to 28 U.S.C. § 1391 because it is the judicial district and division in which a substantial part of the events or omissions giving rise to the claim occurred.

**COUNT I**
**(Medical Negligence- Defendant Michael Palenchar, MPT)**

6. Plaintiff Anne D. McDorman individually realleges and incorporates by reference paragraphs one through five into this count as though fully set forth herein, and further alleges that at all times of which she complains, Defendant Michael Palenchar, MPT, was a licensed physical therapist by the State of Maryland (license number 21836) and represented to the public and the Plaintiff possession of that degree of skill, knowledge and ability ordinarily possessed by reasonably competent physical therapist practicing in the medical specialty of physical therapy.

7. Defendant Michael Palenchar, MPT, owed a duty to Plaintiff Anne D. McDorman to exercise the degree of care, skill and judgment ordinarily expected of a reasonably competent physical therapist of the same or similar specialty acting in the same or similar circumstances; that duty included but was not limited to: properly warning and instruction of the patient in the use of iontophoresis; properly using iontophoresis only when clinically indicated; properly using iontophoresis in a safe and appropriate manner; properly monitoring and attending to a patient undergoing iontophoresis; properly discontinuing the use of iontophoresis when clinical signs indicated to do so; properly testing and maintaining the iontophoresis units that he was

Complaint - 3

**THE HARAK LAW FIRM, LLC**
38 SOUTH PACA STREET, SUITE 116
BALTIMORE, MARYLAND 21201
TEL: (410) 347-1272 / FAX: (410) 347-1274


using in his physical therapy practice to assure their safe and proper working order; and otherwise treating the patient in accordance with the applicable and appropriate standard of care.

8. On or about November 22, 2011, Plaintiff Anne D. McDorman went to Palenchar Physical Therapy & Performance Center, LLC for physical therapy treatment. Once there, she came under the care of Defendant Michael Palenchar, MPT.

9. Defendant Michael Palenchar, MPT deviated from the accepted standards of medical care on November 22, 2011 and later on November 29, 2011 by failing to provide appropriate care and treatment for Plaintiff Anne D. McDorman, including failure to: properly warn and instruct Plaintiff Anne D. McDorman of the use of iontophoresis; properly use iontophoresis on Plaintiff Anne D. McDorman only when clinically indicated; properly use iontophoresis on Plaintiff Anne D. McDorman in a safe and appropriate manner; properly attend to Plaintiff Anne D. McDorman while administering iontophoresis to her; properly monitor Plaintiff Anne D. McDorman while she was undergoing iontophoresis; properly discontinue the use of iontophoresis on Plaintiff Anne D. McDorman when clinical signs indicated that he do so; properly test and maintain the iontophoresis unit that he used on Anne D. McDorman to assure its was safe to use; and otherwise treating the patient in accordance with the applicable and appropriate standard of care.

10. By breaching the aforementioned duties, Defendant Michael Palenchar, MPT, was negligent in the care and treatment he rendered to Plaintiff Anne D. McDorman.

**Complaint - 4**

**THE HARAK LAW FIRM, LLC**
38 SOUTH PACA STREET, SUITE 116
BALTIMORE, MARYLAND 21201
TEL: (410) 347-1272 / FAX: (410) 347-1274

11. As a direct and proximate result of Defendant Michael Palenchar, MPT's negligence, Plaintiff Anne D. McDorman suffered injuries including but not limited to complex regional pain syndrome/reflex sympathetic dystrophy that required and will in the future require hospital and medical care for which she has and will in the future incur expense; has incurred lost wages; has suffered and will continue to suffer a great deal of physical pain and mental anguish; has lost her former state of physical and mental well-being; has undergone unnecessary procedures; has incurred otherwise unnecessary medical care and expenses; and has and will continue to suffer a permanent injury that has and will prevent her from pursuing her usual and normal activities, and adversely affects her ability to work.

12. Plaintiff Anne D. McDorman avers and alleges that all of the injuries, damages and losses claimed herein were directly the result of the medical negligence, carelessness, and unskillfulness of Defendant Michael Palenchar, MPT who 1) did not conduct himself in a competent and skillful manner; 2) failed to exercise the degree of skill and care necessary under the circumstances; 3) departed from generally accepted medical practices and procedures; and 4) was otherwise careless, reckless and negligent.

WHEREFORE, Plaintiff demands judgment in her favor and against Defendant Michael Palenchar, MPT in the amount of Seven Hundred Fifty Thousand Dollars ($750,000.00) plus interest, costs and such other and further relief as this Honorable Court deems proper.

Complaint - 5

**THE HARAK LAW FIRM, LLC**
38 SOUTH PACA STREET, SUITE 116
BALTIMORE, MARYLAND 21201
TEL: (410) 347-1272 / FAX: (410) 347-1274

## COUNT II
### (Breach of the Duty to Obtain Informed Consent-
### Defendant Michael Palenchar, MPT)

13. Plaintiff Anne D. McDorman incoporates by reference paragraphs one through twelve into this count as though fully set forth herein, and further alleges that at all times of which she complains, Defendant Michael Palenchar, MPT had a duty to obtain Plaintiff Anne D. McDorman's informed consent.  This duty required Defendant Michael Palenchar, MPT to provide the Plaintiff with:  1) all material information concerning the proposed treatment of iontophoresis and alternatives to the proposed treatment; 2) instruct her on how she should feel when iontophoresis was properly being administered; 3) instruct her on the efficacy or altnernatives to iontophoresis when no appreciable difference in her pain was achieved through its use.  This duty required Defendant Michael Palenchar, MPT to disclose every material risk of negative consequences of the failure to treat Plaintiff Anne D. McDorman's condition as well as to disclose every material risk of the negative consequences of the iontophoresis treatment being proposed and/or continued.  A material risk is a risk that would be significant to a reasonable person who is asked to decide whether to consent to a particular medical treatment or procedure.

14. Defendant Michael Palenchar, MPT breached his duty to obtain informed consent when he failed to explain and disclose the above information to the Plaintiff, all of which is fully incorporated herein by reference.

15. Defendant Michael Palenchar, MPT breached the duty to obtain informed consent by failing to explain the alternatives to her initial treatment with iontophoresis as well as her continued treatment with iontophoresis when no appreciable difference in

Complaint - 6

**THE HARAK LAW FIRM, LLC**
38 SOUTH PACA STREET, SUITE 116
BALTIMORE, MARYLAND 21201
TEL: (410) 347-1272 / FAX: (410) 347-1274

her pain was achieved through its use, as well as the potential thereuputic risks and/or benefits thereof and potential consequences of going forward or choosing not to go forward with iontophoresis.

16. Defendant Michael Palenchar, MPT failed to obtain informed consent in other respects as well.

17. Defendant Michael Palenchar, MPT's failure to obtain informed consent was a proximate cause of the Plaintiff's injuries and damages, which are fully incoporated herein by reference.

WHEREFORE, Plaintiff demands judgment in her favor and against Defendant Michael Palenchar, MPT in the amount of Seven Hundred Fifty Thousand Dollars ($750,000.00) plus interest, costs and such other and further relief as this Honorable Court deems proper.

### COUNT III
### (Imputed Negligence/Respondeat Superior- Defendant Palenchar Physical Therapy & Performance Center, LLC)

18. Plaintiff Anne D. McDorman individually realleges and incorporates by reference paragraphs one through seventeen into this count as though fully set forth herein, and further alleges that at all times of which she complains that while rendering and/or assisting in the medical care provided to Plaintiff Anne D. McDorman, Defendant Michael Palenchar, MPT and others who rendered, and/or assisted in the medical care and iontophoresis provided to Plaintiff Anne D. McDorman while she was at Palenchar Physical Therapy & Performance Center, LLC were acting as agents, servants, and/or

Complaint - 7

**THE HARAK LAW FIRM, LLC**
38 SOUTH PACA STREET, SUITE 116
BALTIMORE, MARYLAND 21201
TEL: (410) 347-1272 / FAX: (410) 347-1274

employees and to the benefit and furtherance of the interests of their principal and/or employer, Defendant Palenchar Physical Therapy & Performance Center, LLC.

19. As the principal and/or employer of Defendant Michael Palenchar, MPT and others who provided, rendered, and/or assisted in the medical care and iontophoresis to Plaintiff Anne D. McDorman while she was at Palenchar Physical Therapy & Performance Center, LLC, Defendant Palenchar Physical Therapy & Performance Center, LLC is responsible for all negligent acts committed by them in the performance of their respective agency and/or within the scope of their employment as well as the injuries and damages, which are fully incorporated herein by reference, that Plaintiff Anne D. McDorman sustained as a direct and proximate result of these negligent acts.

WHEREFORE, Plaintiff demands judgment in her favor and against Defendant Palenchar Physical Therapy & Performance Center, LLC in the amount of Seven Hundred Fifty Thousand Dollars ($750,000.00) plus interest, costs and such other and further relief as this Honorable Court deems proper.

### COUNT IV
### (Imputed Negligence/Respondeat Superior- Defendant Michael Palenchar, MPT)

20. Plaintiff Anne D. McDorman individually realleges and incorporates by reference paragraphs one through seventeen into this count as though fully set forth herein, and further alleges that at all times of which she complains that individuals who were rendering and/or assisting in the medical care and iontophoresis provided to Plaintiff Anne D. McDorman while she was under Defendant Michael Palenchar's care

Complaint - 8

**THE HARAK LAW FIRM, LLC**
38 SOUTH PACA STREET, SUITE 116
BALTIMORE, MARYLAND 21201
TEL: (410) 347-1272 / FAX: (410) 347-1274

were acting as agents, servants, and/or employees and to the benefit and furtherance of the interests of their principal and/or employer Defendant Michael Palenchar, MPT.

21. As the principal and/or employer of the individuals who were rendering and/or assisting in the medical care and iontophoresis provided to Defendant Anne D. McDorman while she was under Defendant Michael Palenchar, MPT's care, Defendant Michael Palenchar, MPT is responsible for all negligent acts committed by these individuals in the performance of their individual and respective agency and/or within the scope of their employment as well as the injuries and damages, which are fully incorporated herein by reference, that Plaintiff Anne D. McDorman sustained as a direct and proximate result of these negligent acts.

WHEREFORE, Plaintiff demands judgment in her favor and against Defendant Michael Palenchar, MPT in the amount of Seven Hundred Fifty Thousand Dollars ($750,000.00) plus interest, costs and such other and further relief as this Honorable Court deems proper.

## COUNT V
### (In the Alternative: Ostensible Agency/Apparent Agency- Defendant Palenchar Physical Therapy & Performance Center, LLC)

22. Plaintiff Anne D. McDorman individually realleges and incorporates by reference paragraphs one through seventeen into this count as though fully set forth herein, and further alleges that at all times of which she complains that appearances created by Defendant Palenchar Physical Therapy & Performance Center, LLC misled her into believing that it controlled, managed and/or employed Defendant Michael

**THE HARAK LAW FIRM, LLC**
38 SOUTH PACA STREET, SUITE 116
BALTIMORE, MARYLAND 21201
TEL: (410) 347-1272 / FAX: (410) 347-1274

Palenchar, MPT and other medical providers who provided medical care and iontophoresis to the Plainitiff while she was being treated by these Defendants.

23. Plaintiff Anne D. McDorman's beliefs, set forth in the foregoing paragraph, were objectively reasonable under all the circumstances.

24. At all times herein mentioned, Plaintiff Anne D. McDorman relied upon the above mentioned beliefs in making her decision to have Defendant Michael Palenchar, MPT and other medical providers provide her with medical care, treatment and iontophoresis.

25. The negligent acts of Defendant Michael Palenchar, MPT and other medical providers were committed while each was acting as an apparent and/or ostensible agent and/or employee of Defendant Palenchar Physical Therapy & Performance Center, LLC.

26. These negligent acts were apparently and/or ostensibly carried out to the benefit and furtherance of the interests of Defendant Michael Palenchar, MPT's apparent and/or ostensible principal and/or employer Defendant Palenchar Physical Therapy & Performance Center, LLC.

27. As the apparent and/or ostensible principal and/or employer to Defendant Michael Palenchar, MPT and other medical providers who provided medical care and iontophoresis to the Plaintiff, Defendant Palenchar Physical Therapy & Performance Center, LLC is responsible for all negligent acts committed by each of them in the performance of each of their apparent and/or ostensible agency and/or within the scope of each of their apparent and/or ostensible employment, as well as the injuries and

Complaint - 10

**THE HARAK LAW FIRM, LLC**
38 SOUTH PACA STREET, SUITE 116
BALTIMORE, MARYLAND 21201
TEL: (410) 347-1272 / FAX: (410) 347-1274

damages (incorporated by reference) that Plaintiff Anne D. McDorman sustained as a direct and proximate result of these negligent acts.

28. At all times herein pertinent, Plaintiff Anne D. McDorman exercised due and reasonable care for her own safety and did not cause or otherwise contribute to the occurrence or injuries set forth herein.

WHEREFORE, Plaintiff demands judgment in her favor and against Defendant Palenchar Physical Therapy & Performance Center, LLC in the amount of Seven Hundred Fifty Thousand Dollars ($750,000.00) plus interest, costs and such other and further relief as this Honorable Court deems proper.

## COUNT VI
### (In the Alternative:  Ostensible Agency/Apparent Agency- Defendant Michael Palenchar, MPT)

29. Plaintiff Anne D. McDorman individually realleges and incorporates by reference paragraphs one through seventeen into this count as though fully set forth herein, and further alleges that at all times of which she complains that appearances created by Defendant Michael Palenchar, MPT misled her into believing that he controlled, managed and/or employed the health care providers who provided Plaintiff Anne D. McDorman medical care and iontophoresis to the Plaintiff while she was being treated by these Defendants.

30. Plaintiff Anne D. McDorman's beliefs, set forth in the foregoing paragraph, were objectively reasonable under all the circumstances.

31. At all times herein mentioned, Plaintiff Anne D. McDorman relied upon the

Complaint - 11

above mentioned beliefs in making her decision to have these Defendants provide her with medical care, treatment and iontophoresis.

32. The negligent acts of these Defendants were committed while each was acting as an apparent and/or ostensible agent and/or employee of Defendant Michael Palenchar, MPT.

33. These negligent acts were apparently and/or ostensibly carried out to the benefit and furtherance of the interests of these Defendant's apparent and/or ostensible principal and/or employer Defendant Michael Palenchar, MPT.

34. As the apparent and/or ostensible principal and/or employer to the Defendant who provided medical care and iontophoresis to the Plaintiff, Defendant Michael Palenchar, MPT is responsible for all negligent acts committed by each of them in the performance of each of their apparent and/or ostensible agency and/or within the scope of each of their apparent and/or ostensible employment, as well as the injuries and damages (incorporated by reference) that Plaintiff Anne D. McDorman sustained as a direct and proximate result of these negligent acts.

35. At all times herein pertinent, Plaintiff Anne D. McDorman exercised due and reasonable care for her own safety and did not cause or otherwise contribute to the occurrence or injuries set forth herein.

WHEREFORE, Plaintiff demands judgment in her favor and against Defendant Michael Palenchar, MPT in the amount of Seven Hundred Fifty Thousand Dollars ($750,000.00) plus interest, costs and such other and further relief as this Honorable Court deems proper.

**Complaint** - 12

**THE HARAK LAW FIRM, LLC**
38 SOUTH PACA STREET, SUITE 116
BALTIMORE, MARYLAND 21201
TEL: (410) 347-1272 / FAX: (410) 347-1274

Respectfully Submitted,

**THE HARAK LAW FIRM, LLC**

_____
David A. Harak, Esquire
38 South Paca Street, Suite 116
Baltimore, Maryland 21201
Tel: 410.347.1272
Fax: 410.347.1274
Email: David@HarakLaw.com
*Attorney for the Plaintiff*

ELECTION FOR JURY TRIAL

Plaintiff hereby elects for trial by Jury.

_____
David A. Harak

**Complaint - 13**

**THE HARAK LAW FIRM, LLC**
38 SOUTH PACA STREET, SUITE 116
BALTIMORE, MARYLAND 21201
TEL: (410) 347-1272 / FAX: (410) 347-1274